# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# AIKEN DIVISION

| | |
|---|---|
| Essex Insurance Company, ) | Civil Action No. 1:12-cv-00193-JMC |
| )  Plaintiff, ) | |
| ) | |
| Versus ) | |
| ) | |
| Judy M. Laubenstein and Wanda E. Rowland, ) | **ORDER OF DEFAULT JUDGMENT** |
| individually and on behalf of all other ) | **AS TO DUCK & SON ROOFING, INC.** |
| similarly situated, Samuel Martinez, ) | **A/K/A DUCK & SON, INC.** |
| individually and on behalf of all other ) | |
| similarly situated, Adiz, LLC, ATC ) | |
| Development Corp., and ATC Construction, ) | |
| LLC, Duck & Son Roofing, Inc. a/k/a Duck ) | |
| & Son, Inc., ) | |
| ) | |
| Defendants, ) | |

Upon reading and consideration of the Summons and Complaint, the Affidavit of Default and Non-Military Service, the Petition for Entry of Default and Motion for a Default Judgment by Essex Insurance Company, this Court finds that the Defendant, Duck & Son Roofing, Inc. a/k/a Duck & Son, Inc., is in default in this matter.

It is, therefore, ordered, adjudged and decreed that the Defendant, Duck & Son Roofing, Inc. a/k/a Duck & Son, Inc., is in default, and that there is no coverage under the insurance policies as set forth in complaint.

**IT IS SO ORDERED.**

*J. Michelle Childs*

United States District Judge

September 6, 2013
Greenville, South Carolina